UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DEYANIRA ESPINAL, ANGELA BERISE
PERALTA FRITMAN, and MARIA ARACELI
GONZALES FLORES,

                Plaintiffs,

                04 CIVIL 3594 (TPG)

         -against-

                **JUDGMENT**

RAMCO GENERAL STORES INC., et.al.,
                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/06

      A Jury Trial before the Honorable Thomas P Griesa, United States District Judge, having begun on Sep. 25, 2006, and at the conclusion of the trial, the jury having rendered a verdict in favor of the plaintiff Espinal, $200,000 in compensatory damages and $75,000 in punitive damages; Jury also finds that the defendant committed sexual harassment, retaliation, and assault and battery against defendants, Peralta and Flores, and awards Peralta $100,000 in compensatory damages and $50,000 in punitive and awards Flores $30,000 in compensatory damages only, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment in the sum of $275,000 for deft. Espinal; $150,000 for deft. Peralta and $30,000 for deft. Flores; for a total judgment of $455,000.00 as against the defendant.

DATED: New York, New York
           Oct. 12, 2006

                                       J. MICHAEL McMAHON
                                          Clerk of Court

So Ordered:
_Thomas P. Griesa_
U.S.D.J.

                                  BY:
                                            Deputy Clerk

                        THIS DOCUMENT WAS ENTERED
                        ON THE DOCKET ON _____