GRIESA, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEYANIRA ESPINEL, ANGELA BERISE
PERALTA FRITMAN, and MARIA ARACELI
GONZALES FLORES,

                      Plaintiffs,

          -against-

RAMCO GENERAL STORES INC., et.al.,
ALBERT P. PALACCI,

                      Defendants.
------------------------------------------------------------X

04 CIVIL 3594 (TPG)

**AMENDED JUDGMENT**

#06, 2189

      A Jury Trial before the Honorable Thomas P Griesa, United States District Judge, having begun on Sep. 25, 2006, and at the conclusion of the trial, the jury having rendered a verdict in favor of the plaintiff Espinel, $200,000 in compensatory damages and $75,000 in punitive damages; Jury also finds that the defendant committed sexual harassment, retaliation, and assault and battery against plaintiffs, Peralta and Flores, and awards Peralta $100,000 in compensatory damages and $50,000 in punitive and awards Flores $30,000 in compensatory damages only, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment in the sum of $275,000 for plaintiff Espinel; $150,000 for plaintiff Peralta and $30,000 for plaintiff Flores; for a total judgment of $455,000.00 as against the defendant.

DATED: New York, New York
             May 4, 2007

So Ordered:

_Thomas P. Griesa_
U.S.D.J.

**J. MICHAEL McMAHON**
           Clerk of Court

BY: _____
           Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____