GRIESA,J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/07
```

------------------------------------------x

DEYANIRA ESPINAL, ANGELA BERISE
PERALTA FRITMAN, and MARIA
ARACELI GONZALES FLORES

             Plaintiffs,

- against -

RAMCO GENERAL STORES, INC., d/b/a
RAMCO and/or NATIONAL DISCOUNT
STORE; RAMCO GENERAL STORE INC
2, d/b/a RAMCO and/or NATIONAL
DISCOUNT STORE, and ALBERT
PALACCI,

             Defendants.

------------------------------------------x

04 Civ. 3594 (TPG)

**SECOND AMENDED JUDGMENT**

# 06, 2189

A Jury Trial before Honorable Thomas P. Griesa, United States District Judge, having commenced on Sept. 25, 2006, and at the conclusion of trial, the jury having found that defendant Albert Palacci committed sexual harassment and assault and battery against plaintiffs Espinal, Peralta, and Flores; the jury having found that defendant Albert Palacci committed retaliation against plaintiffs Peralta and Flores; the jury having awarded plaintiff Espinal $200,000 in compensatory damages and $75,000 in punitive damages; awarded plaintiff Peralta $100,000 in compensatory damages and $50,000 in punitive damages; and awarded plaintiff Flores $30,000 in compensatory damages only, it is

**ORDERED, ADJUDGED AND DECREED** that the plaintiffs have judgment in the sum of $275,000 for plaintiff Espinal; $150,000 for

plaintiff Peralta and $30,000 for plaintiff Flores; for a total judgment of $455,000.00 as against the defendants.

It is further **ORDERED** that this Second Amended Judgment is effective nunc pro tunc to October 12, 2006.

Dated: New York, New York
       May 25, 2007

J. Michael McMahon

Clerk of Court

SO ORDERED

*Thomas P. Griesa (signature)*
Thomas P. Griesa
U.S.D.J.

By: _____
    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____